UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMILY THOMAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>INTEGON NATIONAL INSURANCE COMPANY, a foreign insurer,<br><br>Defendant. | No. 2:22-cv-00948<br><br>**JURY DEMAND** |

The plaintiff, Emily Thomas, by and through her attorney of record, Umar Ibrahim Gebril of CASCADE LAW, PLLC, makes a demand for a trial by jury in this action of all issues so triable under Rule 38 of the Federal Rules of Civil Procedure.

DATED July 11, 2022.

CASCADE LAW, PLLC

s/ Umar Ibrahim Gebril
Umar Ibrahim Gebril, WSBA No. 58227
Attorney for Plaintiff
1604 Hewitt Avenue, Suite 515
Everett, WA 98201
(425) 998-8999 / umar@cascade.law

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on July 11, 2022, I caused to be served a copy of the foregoing document on the following parties:

| | |
|---|---|
| **Counsel for Defendant Integon National Insurance Company**<br><br>Eliot M. Harris, WSBA No. 36590<br>Miles J.M. Stewart, WSBA No. 46067<br>Williams, Kastner & Gibbs PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101<br>P: (206) 628-6600<br>F: (206) 628-6611<br>eharris@williamskastner.com<br>mstewart@williamskastner.com | Via Electronic Case Filing |

DATED July 11, 2022, in Everett, Washington.

CASCADE LAW, PLLC

s/ Umar Ibrahim Gebril
Umar Ibrahim Gebril, WSBA No. 58227



**CASCADE LAW, PLLC**
1604 Hewitt Avenue, Suite 515
Everett, WA 98201
P: (425) 998-8999 / info@cascade.law