UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EMILY THOMAS,

        Plaintiff,

   v.

INTEGON NATIONAL INSURANCE COMPANY,

        Defendant.

CASE NO. 2:22-cv-00948-RSL-JRC

PRETRIAL SCHEDULING ORDER

This matter is before the Court on referral from the district court and on the parties' joint status report. *See* Dkt. 13. A trial date will be set by the assigned district judge if the case is not resolved by settlement or dispositive motion. The parties shall comply with the following deadlines:

| Event | Date |
| --- | --- |
| Deadline for joining additional parties | **September 9, 2022** |
| Deadline for amending pleadings | **September 23, 2022** |
| Plaintiff's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **April 7, 2023** |

PRETRIAL SCHEDULING ORDER - 1

| Defendant's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **May 5, 2023** |
|---|---|
| Rebuttal expert disclosures | **May 19, 2023** |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2). | |
| Discovery completed by | **August 15, 2023** |
| All dispositive motions must be filed by (*see* LCR 7(d)) | **September 11, 2023** |
| Mediation per LCR 39.1(c) held no later than | **September 25, 2023** |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible.

**Settlement**

The Court designates this case for mediation under LCR 39.1(c) and the parties are directed to follow through with the procedures set forth in that rule.

If this case settles, plaintiff's counsel shall notify Kelly Miller via e-mail at Kelly_Miller@wawd.uscourts.gov, as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

Dated this 26th day of August, 2022.

_____
J. Richard Creatura
Chief United States Magistrate Judge