Honorable J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMILY THOMAS, <br><br> Plaintiff, <br><br> v. <br><br> INTEGON NATIONAL INSURANCE COMPANY, <br><br> Defendant. | No. 2:22-cv-00948-RSL-JRC <br><br> **ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT AWARD OF FEES AND COSTS** |

## ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the Parties' Joint Stipulation of Dismissal With Prejudice, and without costs and/or attorneys' fees as to any party, and the Court having reviewed the Joint Stipulation and the records and files herein, and finding good cause, now, therefore, it is hereby ORDERED that the Parties' Stipulation of Dismissal With Prejudice is GRANTED.

IT IS FURTHER ORDERED that all claims between the Parties are DISMISSED with prejudice, and without costs or attorney fees awarded to any party. This case is closed.

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT
AWARD OF FEES AND COSTS - 1
(2:22-cv-00948-RSL-JRC)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7680480.1

DATED this 5th day of December, 2022.

*/s/ Robert S. Lasnik*

The Honorable Robert S. Lasnik

**PRESENTED BY:**

*s/Umar Ibrahim Gebril*
Umar Ibrahim Gebril, WSBA #58227
Joseph W. Moore, WSBA #44061
**CASCADE LAW, PLLC**
1604 Hewitt Avenue, Suite 515
Everett, WA  98201
Tel: 425-998-8999
Email: umar@cascade.law
            joseph@cascade.law

*Attorneys for Plaintiff Emily Thomas*


*s/ Eliot M. Harris*
Eliot M. Harris, WSBA # 36590
*s/ Miles J. M. Stewart*
Miles J. M. Stewart, WSBA # 46067
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel:     (206) 628-6600
Email: eharris@williamskastner.com
            mstewart@williamskastner.com

*Attorneys for Defendant Integon National Insurance Company*

ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT AWARD OF FEES AND COSTS - 2
(2:22-cv-00948-RSL-JRC)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7680480.1